UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

**09-23144**

**CIV - GOLD**

PODHURST ORSECK, P.A.,

    Plaintiff,

vs.

/ McALILEY

SERVICIOS LEGALES DE MESOAMERICA
S. DE R.L.; WILFRIDO GARCIA; MARIA
DE JESUS GARCIA; THE LAW FUNDER,
LLC; NEWTON B. SWARTZ; BENTON
MUSSLEWHITE; MASRY & VITITOE, A
PROFESSIONAL CORPORATION; BRANCH
LAW FIRM; HOEY & MORAN, LLP; JOHN
H. BAKER, P.C.; DAVID KUKHALASHVILI;
TAMARA TALIASHVILI; and THE UNITED
STATES OF AMERICA,

FILED by _____ ASS D.C.
INTAKE

OCT 2 0 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

    Defendants.

_____

## INTERPLEADER COMPLAINT

Plaintiff, Podhurst Orseck, P.A., files this Interpleader Complaint under Fed.R.Civ.P. 22 and respectfully alleges as follows:

### PARTIES

1. Podhurst Orseck, P.A. is a Florida professional association with its principal place of business in Miami, Florida.

2. Defendant, Servicios Legales De Mesoamerica S. De R.L. ("SLM"), is a Mexican law firm having its principal place of business in Mexico.

3. At all times material, Wilfrido Garcia (sometimes referred to as "Wilfredo Garcia"), 1109 Nolana, Suite 101, McAllen, Texas 78504, was and is a citizen of the state of Texas.

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346     www.podhurst.com

4. The Law Funder, LLC is, on information and belief, a New York Corporation with its principal place of business in New York.

5. At all times material, Newton B. Schwartz, Esq., 1911 Southwest Freeway, Houston, TX 77098, was and is a citizen of the state of Texas.

6. At all times material, Benton Musslewhite, 1705 West Gray, Suite A, Houston, TX 77019 was and is a citizen of the state of Texas.

7. Masry & Vititoe, a Professional Corporation ("Masry & Vititoe"), is a California professional corporation with its principal place of business in California.

8. Maria de Jesus Garcia, 2406 Paseo Del Largo, Mission, TX 78573-8439, is, on information and belief, a citizen of the state of Texas.

9. Branch Law Firm ("Branch Law Firm" or "Turner Branch") is a Delaware Corporation with its principal place of business in New Mexico.

10. Hoey & Morgan, LLP ("Hoey & Morgan"), is a California law firm with its principal place of business in California.

11. John H. Baker, P.C. (operating under the assumed name of Baker, Brown, & Dixon, a professional corporation) is a Texas professional corporation with its principal place of business in Texas.

12. At all times material, David Kukhalashvili, 501, Kryvokolenny pereulok, Building 12, Moscow, Russia, 101990 was a Russian citizen and resident.

13. At all times material, Tamara Taliashvili 501, Kryvokolenny pereulok, Building 12, Moscow, Russia, 101990, was a Russian citizen and resident.

14. At all times material, The Internal Revenue Service was and is an agency and/or

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   |   www.podhurst.com

instrumentality of The United States of America.

## JURISDICTION AND VENUE

15. This Court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1340 because it involves a question of applicability and priority of federal tax liens.

16. This court has jurisdiction over SLM and Wilfrido Garcia as a result of their contacts with Florida in entering into a fee-sharing agreement with Podhurst Orseck, P.A. regarding the relevant cases, the settlements of which resulted in the disputed funds that are the subject of this action. It is believed that all other parties to this action will accept service and personal jurisdiction.

17. Venue in this District satisfies the requirements of 28 U.S.C. §1391(b) since a substantial portion of the events giving rise to the claim arose in the Southern District of Florida.

## FACTS SUPPORTING INTERPLEADER

18. On July 9, 2006, Siber Airlines Flight 778 crashed in Irkutsk, Russia ("Siber Air crash"), resulting in injuries and/or death to certain passengers. Some or all of the injured passengers and decedents' estates retained SLM to represent them in their lawsuits against various entities ("Siber Air Actions").

19. Podhurst Orseck, P.A. took the lead in the Siber Air actions for a consortium of lawyers, obtaining settlements, but the other lawyers entered into a web of overlapping and conflicting fee agreements with each other that make it impossible for Podhurst Orseck, P.A. to distribute the remaining settlement proceeds without exposing itself to liability.

20. Podhurst Orseck, P.A. is currently holding in trust disputed funds in the amount of $538,085.28 in attorneys fees and $59,884.01 in costs.

21. On July 20, 2006, Wilfrido Garcia, as president for SLM, and David Kukhalashvili

Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   |   www.podhurst.com

and Tamara Taliashvili, Russian attorneys, entered into an Cooperation Agreement which entitled them to 5% of the total attorneys fees received by SLM and associated US law firms earned as a result of any recovery obtained from the defendants in the Siber Air actions.

22. Pursuant to a September 19, 2006 agreement for joint representation of the Siber Air actions, Podhurst Orseck, P.A. and SLM agreed that of SLM's 33 1/3% contingency fee of the gross recovery, Podhurst Orseck, P.A. would receive 14% of the gross recovery and SLM would receive 19% of the gross recovery for 40 cases existing at the time and any additional cases acquired in the future. For 8 other cases that existed at the time of this agreement, Podhurst Orseck, P.A. the fee would be split as follows: 11% to Turner Branch, 11% to Wilfrido Garcia as president for SLM, and 11% to Podhurst Orseck, P.A.

23. Pursuant to an agreement between SLM and Masry and Vititoe, Masry and Vititoe was to receive half of SLM'S share of the total recovery, entitling Masry and Vititoe to 9.5% of the total fees for cases where the clients signed a 33 1/3 % contingency fee contract and 11.4% of the total fees for cases where the clients signed a 40% contingency fee contract.

24. Fifty-three separate retainer agreements list Podhurst Orseck, P.A., Marsry & Vititoe, and SLM as counsel. Eight retainer agreements list Podhurst Orseck, P.A., SLM, and Turner Branch as counsel. The remaining five contracts list Podhurst Orseck, P.A. and SLM as co-counsel, but SLM acknowledged Masry & Vititoe's participation in these cases.

25. According to a fee-sharing agreement dated October 17, 2006 between "Wilfredo Garcia" on behalf of SLM, Newton B. Schwartz, Sr., Esq., Benton Musslewhite, Sr., Esq., and Podhurst Orseck, P.A. (but never executed by Podhurst Orseck, P.A.), SLM promised to pay Newton B. Schwartz, Sr., Esq., the first $700,000.00 out of SLM's 19% gross recovery. After the $700,000.00

- 4 -

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

had been paid to Mr. Schwartz, SLM pledged 4.5% (severally, not jointly) of its 19% gross recovery to Mr. Schwartz and .5% (severally, not jointly) of SLM's 19% gross recovery to Benton Musslewhite.

26. On or about November 17, 2006, Podhurst Orseck, P.A. received from Turner Branch notice of a claim to eight cases.

27. Podhurst Orseck, P.A. also received indication of an agreement dated February 28, 2007 between Hoey & Morgan, LLP and SLM entitling Hoey & Morgan, LLP to a lien in the amount of $100,000.00 plus interest on any and all cases handled by Podhurst Orseck, P.A. to which SLM is entitled to a referral fee.

28. Podhurst Orseck, P.A. further received indication of an agreement between SLM and Baker, Brown, & Dixon dated March 26, 2007 consisting of an irrevocable assignment and transfer of any of SLM's fees related to the Siber Air actions to Baker, Brown, & Dixon (John H. Baker, P.C.)

29. According to a separate agreement dated March 26, 2007 between Baker, Brown, & Dixon ( John H. Baker, P.C.), "Wilfredo Garcia", and The Law Funder, LLC, The Law Funder, LLC obtained the rights to Baker, Brown, & Dixon's (John H. Baker, P.C.'s) and/or "Wilfredo" Garcia's 19% contingency legal fee as to certain cases related to the above referenced crash.

30. On May 25, 2007, Podhurst Orseck, P.A. received notification from a divorce attorney in Texas indicating a potential claim for any funds belonging to Wilfrido Garcia or SLM in *The Matter of The Marriage of Garcia*, No. F551-05-C in the District Court for the 139th Judicial District, Hildago County Texas.

31. On October 24, 2007, Podhurst Orseck, P.A. received a notice of levy from Pedro Suarez of the McAllen Office for the Internal Revenue Service, 320 N. Main Street, Stop 5370MCA,

Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346   |   www.podhurst.com

McAllen, TX 78501, for funds due to the taxpayers who created the liens, "Wilfredo R & Mary Garcia", 2406 Paseo Del Lago, Mission TX 78573-8439. The levy did not include funds due to SLM. Accordingly, Podhurst Orseck, P.A. properly responded to the McAllen IRS office, stating that it did not owe any funds to Wilfredo or Mary Garcia, but that it understood that Wilfredo Garcia had a financial interest in SLM which Podhurst Orseck, P.A. understood to be legal under Mexican law. In its response, Podhurst Orseck, P.A. requested immediate notification if that practice was inappropriate.

32. On December 21, 2007, Podhurst Orseck received a letter from Pablo Ruiz-Limon of SLM, claiming to be the sole authorized agent of SLM, recognizing the cooperation of Podhurst Orseck, P.A. and Masry & Vititoe in the July 9, 2006 Siber Air crash cases, and denying any liens from the Internal Revenue Service or other entities.

33. On March 12, 2009, Masry & Vititoe notified Podhurst Orseck, P.A. of a settlement of its case against SLM in the Southern District of Texas, McAllen Division, No. M-08-225. As a part of this settlement, Masry & Vititoe directed Podhurst Orseck, P.A. to tender SLM's fees to the 139th District Court of Hildalgo County, Texas, pursuant to that court's order in *The Marriage of Maria de Jesus Garcia and Wilfrido Garcia*, No. F-551-05-C.

34. On May 20, 2009, Podhurst Orseck, P.A. received a second notice of levy from Pedro Suarez of the McAllen Office of the Internal Revenue Service, 320 N. Main Street, Stop 5370MCA, McAllen, TX 78501. This time the notice was for SLM "as nominee, transferee, and/or alter-ego of Wifrido R Garcia (AKA Wilfrido Rogelio Garcia)". At this point, Podhurst Orseck, P.A. began holding in trust all funds from the settlement of the Siber Air actions.

35. Podhurst Orseck, P.A. claims no interest in the above referenced amounts, but

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com

believes, based on its understanding of the priority order of the agreements and the actual efforts of the relevant attorneys and firms in resolving these matters, the amounts should be distributed as follows:

    a.    $83,237.44 in attorneys fees and $33,131.35 in costs to Masry & Vititoe pursuant the retainer agreements.

    b.    $18,444.70 in attorneys fees and $3,058.36 in costs to David Kukhalashvili and Tamara Taliashvili.

    c.    $115,087 in attorney's fees to Turner Branch.

    d.    $321,315.29 in attorney's fees and $23,894.30 in costs to whatever party entitled to receive the remainder of SLM's share of the recovery.

36.    Podhurst Orseck, P.A. is ready and willing to pay the above listed amounts to the party entitled to them, but is unable to make that determination and distribute the funds without exposing itself to liability from the above-listed defendants.

37.    This action is Podhurst Orseck, P.A.'s only means of protecting itself from potential multiple liability for claims made by the defendants as to the above-referenced amounts.

38.    Podhurst Orseck, P.A. hereby offers to deposit the above referenced monies in the amount of $597,969.29, and any additional attorney's fees or costs not belonging to Podhurst Orseck P.A. that may accrue, to the Court or with a person authorized by the Court to receive it.

WHEREFORE, Podhurst Orseck, P.A. requests that this court enter judgment:

    a.    Directing Podhurst Orseck to pay the sum of $597,969.29, and any additional funds not belonging to Podhurst Orseck P.A. that may accrue from the settlements of the Siber Air actions, into this Court;

    b.    Directing Defendants to interplead their rights to that amount;

    c.    Restraining Defendants from filing suit against Podhurst Orseck, P.A. to recover such amount;

Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

  d. Discharging Podhurst Orseck, P.A. from liability arising out of the matters set forth in this complaint upon payment of the above referenced amount to the Court;

  e. Awarding Plaintiff costs and attorney's fees associated with this action from the above-referenced funds.

DATED this 19th day of October, 2009.

          Respectfully submitted,

          PODHURST ORSECK, P.A.
          25 West Flagler Street, Suite 800
          Miami, Florida  33130
          (305) 358-2800 / Fax (305) 358-2382
          Email: smarks@podhurst.com

          _____
          Steven C. Marks
          Fla. Bar No. 516414

- 8 -

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346 www.podhurst.com

✎JS 44   (Rev. 2/08)                                                   CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **09-23144** | |
| (b) County of Residence of First Listed Plaintiff  Miami-Dade (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant  Foreign (Mexico) (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)  **CIV - GOLD**  Podhurst Orseck, P.A.  25 West Flagler Street, Ste. 800  /McALILEY  Miami, FL 33130  09-cv-23144-Gold/McAliley | FILED by ___ D.C. INTAKE  OCT 2 0 2009  STEVEN M. LARIMORE  CLERK U.S. DIST. CT.  S.D. OF FLA. MIAMI Attorneys (If Known)  unknown |

(d) Check County Where Action Arose:  ☒ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only) | | | | |
|---|---|---|---|---|---|
| | | PTF | DEF | | PTF | DEF |
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question (U.S. Government Not a Party) | Citizen of This State  ☐ | 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☒ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State  ☐ | 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country  ☐ | 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Re-filed- (see VI below)   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| VI. RELATED/RE-FILED CASE(S). | (See instructions second page): | a) Re-filed Case ☐ YES ☒ NO  JUDGE | b) Related Cases ☐ YES ☒ NO  DOCKET NUMBER |
|---|---|---|---|

VII. CAUSE OF ACTION   Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 USC 1340 - Interpleader action involving a series of overlapping contracts and the applicability of certain federal tax liens.
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

| VIII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint:  JURY DEMAND: ☐ Yes ☒ No |
|---|---|---|---|

| ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE | SIGNATURE OF ATTORNEY OF RECORD  s/ [signature] | DATE  10/19/09 |
|---|---|---|

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 1003269
10/20/09